IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON W. GRUNDY,

    Plaintiff,                  No. CIV S-07-1421 MCE DAD P

    vs.

DOCTOR JENNINGS, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 6, 2008, the court filed findings and recommendations which recommended that this action be dismissed for plaintiff's failure to file his amended complaint. Plaintiff has filed objections to the findings and recommendations and explains that his failure to file the amended complaint was due to delays in obtaining his medical records. In the interest of justice, the court will vacate the findings and recommendations and provide plaintiff with a final opportunity to file his amended complaint as directed in the court's June 12, 2008 order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed on August 6, 2008 (Doc. No. 7) are vacated;

/////

1

    2. Within thirty days from the date of this order, plaintiff shall file his amended complaint as set forth in the court's June 12, 2008 order; and

    3. No further extensions of time will be granted; plaintiff's failure to file a timely amended complaint will result in a recommendation that this action be dismissed without prejudice.

DATED: August 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
grun1421.vac