IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON W. GRUNDY,

       Plaintiff,               No. CIV S-07-1421 MCE DAD P

    vs.

JENNINGS, et al.,

       Defendants.        <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Before the court is plaintiff's amended complaint which appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b), as to defendants Dr. Park-Lin and Dr. Jennings. If the allegations of the amended complaint are proven plaintiff has a reasonable opportunity to prevail on the merits of this action.

       However, plaintiff has not provided any allegations concerning defendant Warden Sisto who is named in the amended complaint. Supervisory personnel are generally not liable under § 1983 for the actions of their employees under a theory of <u>respondeat superior</u> and, therefore, when a named defendant holds a supervisorial position, the causal link between him and the claimed constitutional violation must be specifically alleged. <u>See</u> <u>Fayle v. Stapley</u>, 607 F.2d 858, 862 (9th Cir. 1979); <u>Mosher v. Saalfeld</u>, 589 F.2d 438, 441 (9th Cir. 1978). Vague and

1

conclusory allegations concerning the involvement of official personnel in civil rights violations are not sufficient.  See Ivey v. Board of Regents, 673 F.2d 266, 268 (9th Cir. 1982).  Plaintiff's allegations do not satisfy these standards as to defendant Sisto and, therefore, the court will not order service of the amended complaint upon him.

Accordingly, IT IS HEREBY ORDERED that:

1.  Service of the amended complaint is appropriate for the following defendants: Dr. Park-Lin and Dr. Jennings.

2.  The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet, and a copy of the amended complaint filed September 15, 2008.

3.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

a.  The completed, signed Notice of Submission of Documents;

b.  One completed summons;

c.  One completed USM-285 form for each defendant listed in number 1 above; and

d.  Three copies of the endorsed amended complaint filed September 15, 2008.

4.  Plaintiff shall not attempt to effect service of the amended complaint on defendants or request a waiver of service of summons from any defendant.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: September 29, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
gru1421.1

2

1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAMON W. GRUNDY,

11            Plaintiff,                    No. CIV S-07-1421 MCE DAD P

12       vs.

13   JENNINGS, et al.,                     NOTICE OF SUBMISSION

14            Defendants.                   OF DOCUMENTS

15   _____/

16           Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18           _____  one completed summons form;

19           _____  [#] completed USM-285 forms; and

20           _____  [#] true and exact copies of the amended complaint filed 9/15/08.

21   DATED: _____.

22
23                                          _____
24                                          Plaintiff
25
26